IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RYAN SCOTT KEANAAINA**, | Case No. 3:21-cv-00741-IM |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| **SHERIFF PAT GARRETT** *et al.*, | |
| Defendants. | |

**IMMERGUT, District Judge.**

Plaintiff Ryan Scott Keanaaina ("Plaintiff"), a self-represented litigant in custody at Snake River Correctional Institution, filed this civil rights action pursuant to 42 U.S.C. § 1983. The Court twice has dismissed the complaint for failure to state a claim pursuant to 28 U.S.C. § 1915A (ECF Nos. 7, 12). In the most recent Order of Dismissal issued December 3, 2021, the Court ordered Plaintiff to file a second amended complaint curing the deficiencies noted in the Court's order within thirty days. The Court advised Plaintiff that failure to file a second amended complaint within the specified time would result in the dismissal of this action.

PAGE 1 – ORDER OF DISMISSAL

Plaintiff did not file a second amended complaint within the thirty-day period, or otherwise request an extension of time in which to do so. Plaintiff thus has failed to remedy the defects noted in his previous pleadings and the Court finds that further leave to amend would be futile. Accordingly, IT IS ORDERED that this action is DISMISSED, with prejudice, for failure to state a claim. The Court certifies that any appeal taken from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

**IT IS SO ORDERED.**

DATED this  27th  day of January, 2022.

*Karin J. Immergut*
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER OF DISMISSAL